**Order entered November 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01340-CR

## EX PARTE CARLOS MALDONADO

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX19-00005-Q**

## ORDER

The Court is in receipt of appellant's notice of appeal from the trial court's order denying relief sought by his post-conviction application for writ of habeas corpus. This is an accelerated appeal and is governed by Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare a certification of appellant's right to appeal and to file it with the clerk's record.

We **ORDER** the Dallas County District Clerk to file the clerk's record by November 20, 2019. We **ORDER** that the clerk's record contain copies of the application for writ of habeas corpus, any response by the State, the trial court's order disposing of the writ application, any other documents filed that relate to the writ application, and the trial court's certification of appellant's right to appeal.

We **ORDER** the court reporter to file, by November 20, 2019, either the reporter's record from the hearing on the writ application or written verification that no hearing was conducted.

Because appellant has filed an appeal from a habeas corpus proceeding challenging a conviction, we apply the same briefing rules, deadlines, and schedule that apply to direct appeals from criminal cases. *See* TEX. R. APP. P. 31.1(a). Thus, appellant's brief shall be due thirty days after the record is filed.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Tammy Kemp, Presiding Judge, 204th Judicial District Court; Kendra L. Thibodeaux, Official Court Reporter, 204th Judicial District Court; Felicia Pitre, Dallas County District Clerk; and counsel for appellant and the State.

/s/  CORY L. CARLYLE
    JUSTICE